UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JEFF PERRY AND SCOTT P. COLE,

                Plaintiffs,

-against-

DUOYUAN PRINTING, INC. et al.,

                Defendants.

------------------------------------- x

ORDER

10 Civ. 7235 (GBD)

GEORGE B. DANIELS, United States District Judge:

All parties to this action shall appear in court on July 24, 2013 at 10:00 am for a hearing on Lead Plaintiffs and "Settling Defendants'" request for preliminary approval of the proposed Notice of Pendency and Proposed Settlement of Class Action between Plaintiffs and Duoyuan Printing, Inc. and its officers and directors.

Dated: New York, New York
      July 10, 2013

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge