UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JEFF PERRY and SCOTT P. COLE, On Behalf of   :
All Others Similarly Situated,            :   Civil Action No. 10 CIV 7235 (GBD)
                                         :
         Plaintiffs,             :   ECF CASE
                                         :
      vs.                     :
                                       :
DUOYUAN PRINTING, INC., WENHUA GUO,   :
XIQING DIAO, BAIYUN SUN, WILLIAM D.   :
SUH, CHRISTOPHER P. HOLBERT, LIANJUN   :
CAI, PUNAN XIE, JAMES ZHANG, PIPER   :
JAFFRAY & CO., AND ROTH CAPITAL    :
PARTNERS, INC.                  :
         Defendants.
------------------------------------------------------------------x

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR:
(1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND
(2) AWARD OF COUNSEL FEES, REIMBURSEMENT OF EXPENSES, AND
AWARD TO LEAD PLAINTIFFS**

      PLEASE TAKE NOTICE that on November 13, 2013 at 9:30 a.m. in Courtroom 11A of

the United States District Court located at 500 Pearl Street, New York, NY, plaintiffs will and

hereby do move the Court, the Honorable George B. Daniels, for final approval of the proposed

class action settlement and an award of counsel fees, reimbursement of expenses, and award to

Lead Plaintiffs.

      This motion is based upon this notice of motion and motion, the accompanying

memorandum of law, the accompanying declaration of Timothy W. Brown in support of the

motion, the exhibits attached thereto, and such argument and additional papers as may be

submitted to the Court before and at the hearing on this motion.

Dated:  October 9, 2013

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Timothy W. Brown
Timothy W. Brown, Esq. (TB 1008)
Laurence M. Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: 212-686-1060
Facsimile: 212-202-3827

**POMERANTZ GROSSMAN HUFFORD**
    **DAHLSTROM & GROSS LLP**
Marc I. Gross
Jason S. Cowart
Tamar Weinrib
600 Third Avenue, 20th Floor
New York, New York 10017
Telephone: 212-661-1100
Facsimile:  212-661-8665

**POMERANTZ GROSSMAN HUFFORD**
    **DAHLSTROM & GROSS LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184

*Co-Lead Counsel for Plaintiffs and Class*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
-and-
Robin Bronzaft Howald
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: 212-682-5340
Facsimile: 212-884-0988

*Additional Counsel for Plaintiffs and Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this on the 9th day of October, 2013, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


<u>        /s/Timothy W. Brown        </u>