UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFF PERRY and SCOTT P. COLE, On Behalf of : 
All Others Similarly Situated, : Civil Action No. 10 CIV 7235 (GBD)
 :
  Plaintiffs, : ECF CASE
 :
 vs. :
 :
DUOYUAN PRINTING, INC., WENHUA GUO, :
XIQING DIAO, BAIYUN SUN, WILLIAM D. :
SUH, CHRISTOPHER P. HOLBERT, LIANJUN :
CAI, PUNAN XIE, JAMES ZHANG, PIPER :
JAFFRAY & CO., AND ROTH CAPITAL :
PARTNERS, INC. :
 :
  Defendants. :
------------------------------------------------------------x

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

In connection with the Court's hearing on a date and at a time designated by the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiffs Joseph E. Sciarro, Scott P. Cole, and Richard Pearson, ("Lead Plaintiffs"), through their attorneys, The Rosen Law Firm, P.A., and Pomerantz, LLP, respectfully move this Court for an Order**:**

(a) Preliminarily certifying the Class for the purposes of settlement;

(b) Preliminarily approving the terms of the settlement set forth in the attached Stipulation and Agreement of Settlement (the "Stipulation") entered into by the parties;

(c) Establishing a date for a hearing to determine: the fairness, reasonableness, and adequacy of the settlement set forth in the Stipulation; the fairness and reasonableness of the Plan of Allocation for distributing the Net Settlement Fund to Authorized Claimants; and whether to and in what amount to award attorneys' fees, expense reimbursements and Lead Plaintiff awards; and

1

(d) Approving the form and method for providing notice of the Settlement to the Class

The Stipulation is intended to fully and finally settle the instant class action, upon submission to stockholders and final Court approval. The purpose of this motion is to obtain preliminary court approval of the Stipulation and the form of notice of the proposed settlement to be disseminated to Class Members. The terms of the settlement are set forth in full in the Stipulation, which together with each of the exhibits to which it refers, is presented contemporaneously with this motion. Preliminary approval of the settlement, and the submission of the settlement to the Class Members are warranted because the "proposed settlement is fair, reasonable, and adequate," and "the interests of the class are better served by the settlement than by further litigation." *Manual for Complex Litigation, Fourth* § 21.61 at 309 (2004).

All parties to the Stipulation (the "Settling Parties") have agreed to the Stipulation and the exhibits thereto, and all Settling Parties have consented to this motion. There are no legal or factual issues in dispute. All Settling Parties have agreed that a Class, as described in the Stipulation, should be certified for purposes of this settlement.

The Settling Parties respectfully request that the Court set the date for hearing on final approval of the proposed Settlement at least one-hundred (110) days from the date of entry of the Proposed Order for Preliminary Approval of the Settlement and Providing for Notice to the Class. (*See* ¶ 4 of the Proposed Order for Preliminary Approval of the Settlement and Providing for Notice to the Class, attached as Exhibit A to the Stipulation.)  This will provide the Settling Parties sufficient time to give notice of the settlement to Class Members, to process any potential objections and opt-outs and to fully prepare for the hearing on final approval of the proposed settlement.

| | |
|---|---|
| Dated: January 15, 2015 | Respectfully submitted, |
| | THE ROSEN LAW FIRM, P.A. |
| | /s/ Jonathan Stern |
| | Jonathan Stern, Esq.<br>Laurence M. Rosen, Esq.<br>Phillip Kim, Esq.<br>275 Madison Avenue, 34th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827<br>Email: jstern@rosenlegal.com<br>Email: lrosen@rosenlegal.com<br>Email: pkim@rosenlegal.com |
| | Lead Plaintiffs' Counsel |
| | Marc I. Gross<br>Jeremy A. Lieberman<br>Tamar A. Weinrib<br>POMERANTZ   LLP<br>600 Third Avenue<br>New York, NY 10016<br>Telephone:  (212) 661-1100<br>Fax: (212) 661-8775<br>Email: migross@pomlaw.com<br>Email: jalieberman@pomlaw.com<br>Email: taweinrib@pomlaw.com |
| | Lead Plaintiffs' Counsel |