UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| JEFF PERRY and SCOTT P. COLE, On Behalf of All Others Similarly Situated, | : :  Civil Action No. 10 CIV 7235 (GBD) |
| Plaintiffs, | : :  ECF CASE |
| vs. | : : |
| DUOYUAN PRINTING, INC., WENHUA GUO, XIQING DIAO, BAIYUN SUN, WILLIAM D. SUH, CHRISTOPHER P. HOLBERT, LIANJUN CAI, PUNAN XIE, JAMES ZHANG, PIPER JAFFRAY & CO., AND ROTH CAPITAL PARTNERS, INC. | : : : : : : |
| Defendants. | |

------------------------------------------------------------x

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR:
(1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND
(2) AWARD OF COUNSEL FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on June 16, 2015 at 9:45 a.m. in Courtroom 11A of the United States District Court located at 500 Pearl Street, New York, NY, plaintiffs will and hereby do move the Court, the Honorable George B. Daniels, for final approval of the proposed class action settlement and an award of counsel fees, and reimbursement of expenses.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying declaration of Jonathan Stern in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

| | |
|---|---|
| Dated:   May 12, 2015 | Respectfully submitted, |

                                                **THE ROSEN LAW FIRM, P.A.**

                                                /s/ Jonathan Stern
                                                Jonathan Stern, Esq.
                                                Laurence Rosen, Esq.
                                                Phillip Kim, Esp.
                                                275 Madison Avenue, 34th Floor
                                                New York, New York 10016
                                                Telephone: (212) 686-1060
                                                Fax: (212) 202-3827
                                                jstern@rosenlegal.com
                                                lrosen@rosenlegal.com
                                                pkim@rosenlegal.com

                                                Marc I. Gross
                                                Jeremy A. Lieberman
                                                Tamar A. Weinrib
                                                POMERANTZ   LLP
                                                600 Third Avenue
                                                New York, NY 10016
                                                Telephone:  (212) 661-1100
                                                Fax: (212) 661-8775
                                                Email: migross@pomlaw.com
                                                Email: jalieberman@pomlaw.com
                                                Email: taweinrib@pomlaw.com

                                                Lead Plaintiffs' Counsel

                                                *Co-Lead Counsel for Plaintiffs and Class*

                                                **GLANCY PRONGAY & MURRAY LLP**
                                                Lionel Z. Glancy
                                                1925 Century Park East, Suite 2100
                                                Los Angeles, California 90067
                                                Telephone: 310-201-9150
                                                Facsimile: 310-201-9160
                                                -and-
                                                Robin Bronzaft Howald
                                                122 East 42nd Street, Suite 2920
                                                New York, New York 10168
                                                Telephone: 212-682-5340
                                                Facsimile: 212-884-0988

                                                *Additional Counsel for Plaintiffs and Class*