UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| JEFF PERRY and SCOTT P. COLE, On Behalf of All Others Similarly Situated, | : : : | 
| Plaintiffs, | : : |
| vs. | : : : |
| DUOYUAN PRINTING, INC., WENHUA GUO, XIQING DIAO, BAIYUN SUN, WILLIAM D. SUH, CHRISTOPHER P. HOLBERT, LIANJUN CAI, PUNAN XIE, JAMES ZHANG, PIPER JAFFRAY & CO., AND ROTH CAPITAL PARTNERS, INC. | : : : : : : : |
| Defendants. | |

Civil Action No. 10 CIV 7235 (GBD)

ECF CASE

-------------------------------------------------------------------x

## [PROPOSED] ORDER AWARDING LEAD COUNSEL'S AND LEAD PLAINTIFFS' ADDITIONAL COUNSEL'S ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Counsel, the Rosen Law Firm, P.A. and Pomerantz LLP, appointed by the Court as Co-Lead Counsel, with the assistance of additional counsel Glancy Prongay & Murray LLP, for the purposes of the Settlement and have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Lead Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed with the Court on ("Settlement Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Lead Counsel during the final approval hearing on the 16th day of June, 2015, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. The Rosen Law Firm P.A., Pomerantz LLP, and Glancy Prongay & Murray LLP are awarded one third of the Settlement Fund as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Lead Counsel shall be reimbursed out of the Settlement Fund in the amount of $7,170.31 for its expenses and costs.

3. Except as otherwise provided herein, the attorneys' fees and reimbursement of expenses shall be paid in the manner and procedure provided for in the Settlement Stipulation.

4. In making this award of attorneys' fees and reimbursement of expenses to be paid from the Settlement Fund, the Court has considered and found that:

(a) the Settlement has created a fund of $1,893,750 in cash, plus interest to be earned thereon; and Class members who file timely and valid claims will benefit from the Settlement created by Lead Counsel;

(b) 16,765 copies of the Notice were disseminated to putative class members indicating that at the June 16 hearing, Lead Counsel intended to seek a fee of up to one third of the Settlement Fund in attorneys' fees, reimbursement of their litigation expenses in an amount not to exceed $30,000.00 and an award to Lead Plaintiffs not to exceed $4,500.

(c) the Publication Notice was published electronically on *Globenewswire* and printed in the *Investor's Business Daily* as required by the Court;

(e) Lead Counsel have conducted this litigation and achieved the Settlement;

(f) the litigation of this action involved complex factual and legal issues and was actively prosecuted since its filing on and in the absence of a Settlement, this action would have continued to involve complex factual and legal questions;

(g) if Lead Counsel had not achieved the Settlement, there was a risk of either a smaller or no recovery;

(h) Since submitting their fee application for a prior partial settlement of this action, Lead Counsel and Lead Plaintiffs' additional counsel have devoted 827.5 hours of professional time, with a lodestar value of $453,083.00, to achieve the Settlement, which amounts to a 1.39 lodestar multiplier;

(i) Lead Counsel and Lead Plaintiffs' additional counsel have devoted 3,072.55 hours of professional time, with a lodestar value of $1,782,692.25, to achieve both this Settlement and the prior partial settlement of this action, which amounts to a 1.16 lodestar multiplier, and

(j) the amount of attorneys' fees awarded and expenses reimbursed from the Settlement Fund and consistent with the awards in similar cases.

Dated: _____, 2015

SO ORDERED:

_____
Hon. George B. Daniels
UNITED STATES DISTRICT JUDGE